1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARREN GILBERT,                          No.  1:22-cv-00485 DJC AC

12                    Plaintiff,

13            v.                                ORDER

14    DABB LIQUOR INCORPORATED dba
      P J MARKET; PARAMJIT SINGH,
15
                      Defendants.
16

17          Plaintiff has filed a motion for default judgment.  ECF No. 26.  This motion is

18    before the undersigned pursuant to E.D. Cal. R. 302(c)(19).

19          On February 9, 2024 the Magistrate Judge filed findings and

20    recommendations, which were served on Plaintiff and which contained notice to

21    Plaintiff that any objections to the findings and recommendations were to be filed

22    within 21 days.  ECF No. 31.  Neither party filed objections to the findings and

23    recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to

25    be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

26    HEREBY ORDERED that:

27          1.  The findings and recommendations filed February 9, 2024, are adopted in

28    full;

                                               1

1    2.  Plaintiff's November 13, 2023, motion for default judgment (ECF No. 26) is

2    GRANTED;

3    3.  The Court enters judgment against the defendants on the complaint's claims

4    in the amount of $4,458.80 in attorney's fees and costs;

5    4.  Defendants make the following modification to the property knows as P.J.

6    Market, located at 1700 501 E. Morris Avenue in Modesto, California ("the Facility"),

7    such that each item is brought into compliance with the accessibility requirement of

8    the Americans with Disabilities Act, as follows:

9        a) Provide a properly configured and identified accessible parking stall

10       and adjacent access aisle that is van accessible;

11       b.  Provide a properly configured assessable route of travel from the

12       designated accessible parking stall to the facility entrance;

13       c.  Provide and maintain a properly configured facility entrance with

14       accessible exterior landing that is not uneven and excessively sloped.

15   5.  This Clerk of the Court is directed to close this case.

16

17

18   IT IS SO ORDERED.

19   Dated:   **April 19, 2024**

     Hon. Daniel J. Calabretta
20   UNITED STATES DISTRICT JUDGE

21

22

23

24   Gilb0485.800

25

26

27

28